AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

## Return

| Case No.:<br>1:24- MC - 0422 | Date and time warrant executed:<br>05/15/2024 | Copy of warrant and inventory left with:<br>MICHAEL BRETT GOLDEN |
|---|---|---|

Inventory made in the presence of:
TFO BRITTANY A BRENNER

Inventory of the property taken and name(s) of any person(s) seized:

1. BUCCAL SWAB FROM MICHAEL B. GOLDEN

NOTHING FOLLOWS

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 05/15/2024

_Travis E. Piper_
Executing officer's signature

TROOPER TRAVIS E. PIPER
Printed name and title